AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  8:26MJ298 |
| JOSE LUIS GODINEZ CHEPILLO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____June 5, 2026____ in the county of ____Douglas____ in the ____ District of ____Nebraska____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keshaun A. Britt, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __7/9/2026__

_____
*Judge's signature*

City and state:        Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION     )
OF JOSE LUIS GODINEZ CHEPILLO      )     AFFIDAVIT OF Keshaun A. Britt
                                   )

Keshaun A. Britt, being first duly sworn, hereby states that:

1.  Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.  Your Affiant completed the required federal law enforcement training to become a Deportation Officer in September 2025 and has been employed in that capacity since that time. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.  Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.  This affidavit is being made in support of a criminal complaint and arrest warrant charging **Jose Luis GODINEZ-Chepillo**, (hereafter referred to as GODINEZ-Chepillo) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5.  **GODINEZ-Chepillo** came to the attention of the ICE ERO Omaha Criminal Alien Program (CAP) team after Officer Johnston was screening local jails as part of his routine duties. **GODINEZ-Chepillo** was incarcerated after being arrested for use of a weapon to commit a felony and terroristic threats. **GODINEZ-Chepillo** was transported to the ICE ERO Omaha field office on 06/05/2026.

6.  **GODINEZ-Chepillo**, freely admitted to being a citizen of Mexico who entered the US illegally. At the office, biometric checks of his fingerprints confirmed his identity.

7.  Biographic checks of **GODINEZ-Chepillo's** name and date of birth showed that he is a citizen of Mexico with one previous removal from the US to Mexico.

8.  **GODINEZ-Chepillo's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared

Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

9. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A244 770 991) relating to **GODINEZ-Chepillo.**

10. **GODINEZ-Chepillo,** alien registration file contains photographs, fingerprints and immigration documents identifying **GODINEZ-Chepillo** as a citizen and national of Mexico who was removed from the United States to Mexico on 04/07/2026, pursuant to a final removal order on 09/25/2025 in West Los Angeles, CA. An Immigration judge with the Executive Office for Immigration Review (EOIR) issued **GODINEZ-Chepillo** a final order of removal in absentia.

11. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of **GODINEZ-Chepillo.**

12. Affiant believes there is probable cause that **GODINEZ-Chepillo** is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

Keshaun A. Britt, Deportation Officer
Immigration and Customs Enforcement
Affiant

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means. me this

9th day of July, 2026.

RYAN C. CARSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska

2